UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

*Ashley Redmond*   Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (  )(  )

Defendant _Ashley Redmond_ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/ Ashley Redmond by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Ashley Redmond_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Francis L. O'Rully_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/16/2020
_____
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge